IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| THERESA BRADLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>ASLI ASLAN, Individual and Personal Capacity; ROBERT L. VOGEL, Individual and Personal Capacity; and GREGORY ROBERT EVANS, Individual and Personal Capacity;<br><br>    Defendants. | CIVIL ACTION NO.: 6:18-cv-34 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's March 3, 2019 Report and Recommendation, (doc. 5), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation that Plaintiff has failed to set forth a federal claim and this Court should decline to exercise supplemental jurisdiction over her state law claims as the opinion of the Court and **DISMISSES** Plaintiff's Complaint. The Court further **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 9th day of April, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA